UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: HARLEY-DAVIDSON AFTERMARKET
PARTS MARKETING, SALES PRACTICES,
AND ANTITRUST LITIGATION

Case No. 23-MD-3064
Honorable William C. Griesbach

This document relates to:
All Cases

## ORDER FOR JUDGMENT

On June 5, 2024, the court entered its Decision and Order granting the defendant's motion to dismiss the Complaint in the above matter. The dismissal was without prejudice, however, and Plaintiffs were offered thirty days to file an amended complaint. Plaintiffs have advised the court that they do not intend to file an amended complaint and requested entry of Judgment so they may immediately appeal. Based upon the foregoing, the court directs the Clerk to enter Judgment dismissing this case in its entirety with statutory costs awarded to the defendant.

**SO ORDERED** at Green Bay, Wisconsin this 27th day of June, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge